**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| OLD TOWNE DEVELOPMENT GROUP, L.L.C. | CIVIL ACTION |
| VERSUS | NUMBER 09-224-FJP-CN |
| J. DAVID MATTHEWS | |

**JUDGMENT**

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of the defendant J. David Matthews and against the plaintiff Old Towne Development Group, L.L.C., dismissing this suit without prejudice for lack of subject matter jurisdiction under 28 U.S.C. § 1332.

IT IS SO ORDERED.

Baton Rouge, Louisiana, this 8 day of October, 2009.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46440